PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Bobby Patterson,       
Appellant,
 
 
 

v.

 
 
 
The State of South Carolina       
Respondent.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-507
Submitted July 1, 2003  Filed August 27, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. 
 McIntosh, Assistant Deputy Attorney General Charles H. Richardson, Assistant 
 Attorney General David Spencer, of Columbia, Thomas E. Pope, of Rock Hill, for 
 Respondent.
 
 
 

PER CURIAM:  Bobby Patterson was convicted 
 of murder and possession of a firearm/knife during the commission of a violent 
 crime in October of 1990.  Patterson was sentenced to life in prison for the 
 murder and five years on the firearm possession conviction.  The issue briefed 
 by counsel concerns whether the trial court erred in summarily denying and dismissing 
 Pattersons subject matter jurisdiction claim in his habeas corpus action.  
 In a pro se brief, Patterson raises the same issue.  
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Pattersons appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
GOOLSBY, BEATTY and KITTREDGE, JJ., 
 concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.